IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHARLES CARNELL,<br><br>   Petitioner,<br><br> v.<br><br>THE STATE OF CALIFORNIA, HUMBOLDT COUNTY SUPERIOR COURT,<br><br>   Respondents.<br>_____ | No. C 09-1847 MMC (PR)<br><br>**ORDER OF DISMISSAL; TERMINATING ALL PENDING MOTIONS**<br><br>**(Docket Nos. 3 & 4)** |

  On April 28, 2009, petitioner, a California prisoner incarcerated at Kern Valley State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. Specifically, in said notice, petitioner was advised that he must submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison, and must attach a copy of his prisoner trust account statement showing transactions for the last six months. Petitioner was further advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope.

  On May 14, 2009, the Court received from petitioner a letter in which petitioner

1  stated that on May 10, 2009 he had submitted a request to prison officials for the
2  requisite IFP documents; petitioner asked the Court to "hold the deadline a few days."
3      As of today's date, more than thirty days have passed since the deficiency notice
4  and petitioner has not filed a completed IFP application or paid the filing fee.
5  Accordingly, the above-titled action is hereby DISMISSED without prejudice.
6      The Clerk shall close the file and terminate all pending motions.
7      IT IS SO ORDERED.
8  DATED: June 9, 2009

MAXINE M. CHESNEY
United States District Judge

2