IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CHARLES CARNELL,

        Petitioner,

  v.

THE STATE OF CALIFORNIA HUMBOLDT COUNTY SUPERIOR COURT,

        Respondents.
_____/

No. CV-09-1847 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: June 9, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk