IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CHARLES CARNELL,

        Petitioner,

  v.

KELLY HARRINGTON, Warden,

        Respondent.

                                            /

No. CV-09-1847 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Respondent's motion to dismiss the petition as untimely is hereby GRANTED.

Dated: May 23, 2011                                                 Richard W. Wieking, Clerk

                                                                                           By: <u>Tracy Lucero</u>
                                                                                           <u>Deputy Clerk</u>